UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER J. FERRARI,

    Plaintiff,

v.                                       Case No. 3:16mc16/MCR/CJK

D.R. HORTON INC.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

      This matter was commenced by the filing of a Motion to Quash or Modify Non-Party Subpoenas Issued by D.R. Horton, Inc.-Birmingham (doc. 1). The parties have filed a Joint Stipulation advising the court they have "reached an agreement regarding the scope of production of documents in response to the subpoenas served on Judd S. Jackson and Warren Averett, LLC" and that the motion to quash is withdrawn. Based on the parties' representation, this matter should be **DISMISSED** from the active docket of the court with the court reserving the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of the order adopting this report and recommendation and a showing of good cause as required by the court's local rules. *See* N.D. Fla. Loc. R. 16.2(D). The Clerk should be directed to close the file for administrative purposes and, upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

Accordingly, it is respectfully RECOMMENDED as follows:

1. That this matter be **DISMISSED** from the active docket of the court, with the court reserving the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of the order adopting this report and recommendation and a showing of good cause as required by the court's local rules. *See* N.D. Fla. Loc. R. 16.2(D).

2. That the Clerk be directed to close the file for administrative purposes and, upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

At Pensacola, Florida this 29th day of March, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**