**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PETER J. FERRARI,**

     **Plaintiff,**

**v.**                          **CASE NO.  3:16mc16-MCR/CJK**

**D.R. HORTON INC.,**

     **Defendant.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 29, 2016.  ECF No. 7.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This matter is **DISMISSED** from the active docket of the Court.  The Court, however, reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this Order and a showing of good cause as required by the Court's local rules.  *See* N.D. Fla. Loc. R. 16.2(D).

3. The Clerk is directed to close the file for administrative purposes and, upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

**DONE and ORDERED** this 9th day of May, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**